**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CORNELIUS ANYERE, MIKE BROWN, AKIA HORNE, RAYMOND JONES, VIVIAN NWAKAH, CHIDINNA ONYEOKORO, JERMAINE POE, JEFFREY RAMSEY, FELICIA WALLACE, JOSHUA MEYER and RICK ROMELI for themselves and on behalf of similarly situated others,<br><br>        Plaintiffs,<br><br>  v.<br><br>WELLS FARGO, CO.,<br><br>        Defendant. | Case No. 09 CV 2769<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Brown |

**THIS NOTICE AND ITS CONTENTS HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

**NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

TO:    All current and former Credit Managers of Wells Fargo, Co. ("Wells Fargo") who are or were employed from [INSERT], through the present.

THIS IS AN IMPORTANT LEGAL DOCUMENT THAT CONTAINS INFORMATION CONCERNING YOUR LEGAL RIGHTS AS A POTENTIAL MEMBER OF A CLASS OF PLAINTIFFS IN A WAGE AND HOUR LAW SUIT AGAINST WELLS FARGO PLEASE READ CAREFULLY.

### I. INTRODUCTION

You are hereby notified that the above styled case is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division. This case is an action for unpaid wages brought under the Federal Fair Labor Standards Act ("FLSA'), 29 U.S.C. Section 201 *et seq.* In this action, current and former employees of

Wells Fargo are seeking to recover unpaid compensation, liquidated damages, attorneys' fees and other damages for all payroll periods (from [INSERT], through the present) that they have worked for Wells Fargo. These current and former employees contend that they were not properly compensated for all of their hours worked during this period of time. Wells Fargo denies these allegations.

You have a right to participate in this case by "opting-in" to the lawsuit as provided by 29 U.S.C. § 216(b). To "opt-in" you must file a written Consent Form with this Court stating that you wish to join in this action. You are not required to participate in this case, but may do so if you wish to. In the event you wish to participate, the FLSA provides that it is unlawful "to discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to [the FLSA], or has testified or is about to testify in any such proceeding, or has served or is about to serve on an industry committee." 29 U.S.C. § 215 (a)(3).

If you are considering opting-in to this suit, you should know that there is a statute of limitations under FLSA that determines whether and to what extent you will be able to participate in the suit. The statute of limitations provides that you must file your Consent Form with the Court before you will be able to participate in any possible recovery that may come from the lawsuit. The window of possible recovery for any employee, or former employee, who participates in this lawsuit begins two years (three years if there is a finding of a willful violation of the law) prior to the date that their Consent Form is received by the Court. To opt-in to this lawsuit **you must file your Consent Form with the Court not later than 120 days from your receipt of this Notice.**

For more information about the suit, or assistance in opting-in to the case, you may contact the attorneys who represent the Wells Fargo employees, and former employees, who are already participating in this suit. These attorneys will provide you with additional information about the case and with the necessary Consent Form and other documents to sign up and opt-in as a plaintiff in the case.

The Court in this matter expresses no opinion as to whether you should join the lawsuit or file a consent. Further the Court takes no position on the merits of the suit and any and all inquiries should <u>not</u> be directed at the clerk or the Court.

## II. FURTHER INFORMATION

For further information about this Notice, the deadline for opting-into this lawsuit, or questions concerning this lawsuit, please write, telephone or e-mail Plaintiffs' counsel at the numbers and addresses stated below:

Aaron B. Maduff
Illinois Bar. No. 6226935
Walker R. Lawrence
Illinois Bar No. 6296405
MADUFF & MADUFF, LLC
205 N. Michigan Ave, Suite 2050
Chicago, IL 60601
Phone (888) 578-8920
Fax (312) 276-9001